[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 11 2007
THOMAS K. KAHN
CLERK

No. 06-14518

D. C. Docket No. 05-00741 CV-ORL-31-KRS

PATRICK E. MAHONEY, SR.,

Plaintiff-Appellant,

versus

NOKIA, INC.,

Defendant-Appellee.

Appeal from the United States District Court
for the Middle District of Florida

**(June 11, 2007)**

Before DUBINA and BLACK, Circuit Judges, and RESTANI,* Judge.

PER CURIAM:

_____

*Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

Appellant, Patrick E. Mahoney, Sr. ("Mahoney"), appeals the district court's grant of summary judgment in favor of Nokia, Inc. ("Nokia"), in this Family and Medical Leave Act ("FMLA") case.[1]

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the district court's grant of summary judgment on the ground that Mahoney was not an "eligible" employee at the time that he requested FMLA leave.[2]

**AFFIRMED.**

---

[1]In his brief on appeal, Mahoney attempts to challenge three additional orders of the district court: (1) the district court's order denying Mahoney's sur-reply motion; (2) the district court's order giving effect to Mahoney's stipulation of dismissal; and (3) the district court's order denying Mahoney's motion for a protective order. We conclude that we either lack jurisdiction to review any of these orders on the ground that they were not designated in Mahoney's notice of appeal or, they are otherwise without merit.

[2]Although this was not the basis of the district court's grant of summary judgment, "[t]his court may affirm the district court where the judgment entered is correct on any legal ground regardless of the grounds addressed, adopted or rejected by the district court." *Bonanni Ship Supply, Inc. v. United States*, 959 F.2d 1558, 1561 (11th Cir. 1992).